# United States Court of Appeals for the Federal Circuit

---

**VANDA PHARMACEUTICALS INC.,**
*Plaintiff-Appellant*

v.

**TEVA PHARMACEUTICALS USA, INC., APOTEX INC., APOTEX CORP.,**
*Defendants-Appellees*

---

2023-1247

---

Appeal from the United States District Court for the District of Delaware in Nos. 1:18-cv-00651-CFC, 1:18-cv-00689-CFC, 1:19-cv-00560-CFC, 1:19-cv-00685-CFC, 1:19-cv-02202-CFC, 1:19-cv-02375-CFC, 1:20-cv-00083-CFC, 1:20-cv-00093-CFC, 1:20-cv-01104-CFC, 1:20-cv-01333-CFC, 1:21-cv-00121-CFC, 1:21-cv-00282-CFC, Chief Judge Colm F. Connolly.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

May 10, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court