# United States Court of Appeals for the Federal Circuit

———————————

**VANDA PHARMACEUTICALS INC.,**

*Plaintiff-Appellant*

v.

**TEVA PHARMACEUTICALS USA, INC., APOTEX INC., APOTEX CORP.,**

*Defendants-Appellees*

———————————

2023-1247

———————————

Appeal from the United States District Court for the District of Delaware in Nos. 1:18-cv-00651-CFC, 1:18-cv-00689-CFC, 1:19-cv-00560-CFC, 1:19-cv-00685-CFC, 1:19-cv-02202-CFC, 1:19-cv-02375-CFC, 1:20-cv-00083-CFC, 1:20-cv-00093-CFC, 1:20-cv-01104-CFC, 1:20-cv-01333-CFC, 1:21-cv-00121-CFC, 1:21-cv-00282-CFC, Chief Judge Colm F. Connolly.

———————————

**MANDATE**

———————————

In accordance with the judgment of this Court, entered May 10, 2023, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

August 23, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court